IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **LAXMI JEE, INC.** | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. 4:19-cv-00109-P** |
| | § | **JURY** |
| **SCOTTSDALE INSURANCE COMPANY,** | § | |
| | § | |
| | § | |
| *Defendant*. | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Laxmi Jee, Inc. ("Plaintiff"), and Defendant, Scottsdale Insurance Company ("Defendant"), hereby stipulate to the voluntary dismissal with prejudice of this matter, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Accordingly, Plaintiff's claims against Defendant in this lawsuit are hereby dismissed with prejudice, with each party to bear its own costs.

Respectfully submitted,

By: */s/ G. Craig Hubble    *w/ permission*
   **G. Craig Hubble**
   State Bar No. 10144600
   gcraighubble@gmail.com
   THE HUBBLE LAW FIRM, PLLC
   301 West Abram Street
   Arlington, Texas  76010
   Telephone:  (817) 265-7771
   Facsimile:  (817) 861-9008

**ATTORNEY FOR PLAINTIFF
LAXMI JEE, INC.**

1

By: */s/ George Arnold*
**George H. Arnold**
State Bar No. 00783559
garnold@thompsoncoe.com
**Susan Sparks Usery**
State Bar No. 18880100
susery@thompsoncoe.com
THOMPSON, COE, COUSINS & IRONS, LLP
One Riverway, Suite 1400
Houston, Texas 77056
Telephone: (713) 403-8210
Facsimile: (713) 403-8299

and

Of Counsel:
**Rhonda J. Thompson**
State Bar No. 24029862
rthompson@thompsoncoe.com
THOMPSON, COE, COUSINS & IRONS, LLP
700 North Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone: (214) 871-8200
Facsimile: (214) 871-8209

**ATTORNEYS FOR DEFENDANT
SCOTTSDALE INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2019, a true and correct copy of the foregoing document was served upon all known counsel of record in accordance with the Federal Rules of Civil Procedure:

G. Craig Hubble
THE HUBBLE LAW FIRM, PLLC
301 W. Abram St.
Arlington, TX 76010
gcraighubble@gmail.com

 */s/ George Arnold*
George Arnold